# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

Brooke T.,[1]

          *Plaintiff*,         Case No. 3:23-cv-024

v.                                          **District Judge Thomas M. Rose**
                                             **Magistrate Judge Stephanie K. Bowman**

**Commissioner of Social Security,**

          *Defendant.*

---

**ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATIONS OF MAGISTRATE JUDGE STEPHANIE K. BOWMAN (DOC. 15), OVERRULING PLAINTIFF'S OBJECTIONS (DOC. 16), FINDING THE COMMISSIONER'S FINDING OF NON-DISABILITY TO BE SUPPORTED BY SUBSTANTIAL EVIDENCE AND THAT ANY ERRORS IDENTIFIED BY PLAINTIFF ARE HARMLESS; AND TERMINATING CASE.**

---

This matter comes before the Court pursuant to Objections (Doc. 16) to the Report and Recommendations of Magistrate Judge Stephanie K. Bowman (Doc. 15) recommending that the Court find that substantial evidence supports the Commissioner's subjective symptom assessment and that any errors identified by Plaintiff are harmless and the case be terminated.

The Court has reviewed the findings of the Magistrate Judge and the objection thereto. Pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), this Court has made a *de novo*

---

[1] Due to significant privacy concerns in social security cases, the Court refers to claimants only by their first names and last initials. See General Order 22-01.

review of the record in this case. Upon consideration of the foregoing, the Court finds the Objections (Doc. 16) are not well-taken and are hereby **OVERRULED**.

The Court **ADOPTS** the Report and Recommendations (Doc. 15) in its entirety. The Court finds that substantial evidence supports the Commissioner's subjective symptom assessment and that any errors identified by Plaintiff are harmless. The instant case is **TERMINATED** on the docket of the United States District Court for the Southern District of Ohio, Western District at Dayton.

**DONE** and **ORDERED** this Monday, March 04, 2024.

s/THOMAS M. ROSE
_____

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE